UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLEET C HAMBY,

          Plaintiff,

   v.

G. STEVEN HAMMOND, BERNARD WARNER,

          Defendants.

CASE NO. C14-5759 BHS-KLS

ORDER GRANTING THE PARTIES STIPULATED MOTION STAYING THIS ACTION

    The parties filed a stipulated motion to stay this action for 45 days, until May 11, 2015. The parties state that the Department of Corrections Care Review Committee approved a request to refer Mr. Hamby for an orthopedic evaluation and possible further medical treatment. Dkt. 27. In their motion the parties state that the results of this orthopedic evaluation may affect Mr. Hamby's claims and may facilitate resolution of the matter.

    After review of the file, it is **ORDERED:**

    (1)    The motion to stay the action for 45 days is **GRANTED**.

(2) The clerk is directed to strike the pending motion for summary Judgment (Dkt. 26).

(3) Defendants will need to re-note the currently pending motion for summary judgment (Dkt. 26) if they wish the undersigned to consider that motion at a future date.

**DATED** this 24th day of March, 2015.

Karen L. Strombom
United States Magistrate Judge