UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLEET HAMBY,

    Plaintiffs,

v.

G. STEVEN HAMMOND, M.D.,

    Defendants.

CASE NO. C14-5759 BHS-KLS

ORDER DIRECTING PARTIES TO UPDATE COURT ON STATUS OF STAY

On March 24, 2015, the Court granted the parties' stipulated motion to stay these proceedings for 45 days while Plaintiff is referred for an orthopedic evaluation and possible treatment. The parties indicated that if additional time was required, they would cooperate in good faith to address the circumstances and/or ask that the stay be extended. Dkt. 27.

Accordingly, it is **ORDERED:**

1) The parties shall provide the Court with an update on the status of the orthopedic evaluation and/or treatment **on or before June 10, 2015.**

2) The Clerk shall send a copy of this Order to counsel for the parties.

DATED this 29th day of May, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER DIRECTING PARTIES TO UPDATE COURT ON STATUS OF STAY- 1